# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| CEDRIC ORLANDO YOUNG, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No.  4:13-cv-01844-MHH-HGD |
| ) | |
| C.O. SMITH, et al., ) | |
| ) | |
| Defendants ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on September 19, 2014, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted.  (Doc. 13).  No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court adopts the magistrate judge's report and accepts his recommendation.  Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted.

A Final Judgment will be entered.

DATED this 27th day of October, 2014.

_____

MADELINE HUGHES HAIKALA

U.S. DISTRICT JUDGE